1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Branden Adkins, *et al.*                )
                                        )
         Plaintiffs,                    )   CV-12-1615-PHX-RCB(JFM)
                                        )
    vs.                                 )   O R D E R
                                        )
Corrections Corporation of              )
America, *et al.*                       )
                                        )
         Defendants.                    )
_____ )

Currently pending before the court is the Report and Recommendation of United States Magistrate Judge James F. Metcalf ("R & R") (Doc. 14), wherein he makes three recommendations with respect to plaintiffs' First Amended Complaint ("FAC") (Doc. 8).  Objections have been filed as to only one of those recommendations.  More specifically, pursuant to 28 U.S.C. § 1915A, the Magistrate Judge recommends dismissal without prejudice as to defendants John Ioane and the State of Hawaii ("SOH").  R & R (Doc. 14) at 5:3-4.  However, those two defendants, making a "special appearance . . . for purposes of responding" to the R & R,

are requesting that this court "amend the [R & R] and **not** dismiss them from this action." Resp. (Doc. 29) at 1:13-15 (emphasis omitted); and at 6:8-10 (emphasis in original).

The R & R was filed and served upon the parties on November 27, 2012. The R & R explicitly advised the parties that, pursuant to Fed.R.Civ.P. 72, they "shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." Id. at 5:25-27. Defendants Ioane and the SOH timely filed a response to that R & R, as indicated. No other objections have been filed.

When reviewing an R & R, this court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); see also Fed.R.Civ.P. 72(b) ("The district judge may accept, reject, or modify the recommended decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.")  "Of course, de novo review of a R & R is only required when an objection is made to the R & R[.]" Wang v. Masaitis, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005) (citing United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*)). That is because "[n]either the Constitution nor the [Federal Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." Reyna-Tapia, 328 F.3d at 1121 (citations omitted). Indeed, construing the Federal Magistrates Act, the Supreme Court has found that that "statute does not on its face

require any review at all, by either the district court or the court of appeals, of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 149, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985). Consistent with the foregoing authority, the court has conducted a *de novo* review only as to the R & R's recommendation of dismissal as to defendants Ioane and the SOH, because that is the only aspect of the R & R to which objections were made.

The FAC adds as defendants, among others, John Ioane and the SOH. As to the former, the R & R recommends dismissal because he "is not connected in any way to the allegations of the [FAC]." R & R (Doc. 14) at 4:18. As to the SOH, the R & R recommends dismissal because the FAC "makes no allegations that the [SOH] has waived its [sovereign] immunity" under the Eleventh Amendment. Id. at 5:1-2.

Given the "somewhat unique[]" procedural history of this action, as detailed in defendants' response, and to enforce the agreement reached in connection with the related stayed Hawaii state court action, also detailed therein, the court agrees with defendants Ioane and the SOH, that the R & R must be amended. In particular, defendant Ioane shall not be dismissed from this action because, *inter alia*, he is "consent[ing] to this Court's jurisdiction for purposes of this lawsuit only." see Resp. (Doc. 29) at 3:3 - 4:22; 4:1-15, and exh. 3 thereto; and at 5:26 - 6:1 (footnote omitted). Further defendants SOH and Ioane "consent to be sued in this action, in this Court and waive applicable Eleventh Amendment immunity defenses." Id. at 5:4-5. Allowing both the federal

-3-

claims and state law tort claims, including those against defendants SOH and Ioane, to be litigated in this federal court action, will serve the laudable purpose of, among other things, conserving judicial resources.

Thus, having reviewed the Magistrate Judge's R & R (Doc. 14), and the "Special Appearance on Behalf of Defendants State of Hawaii and John Ioane for Purposes of Responding to Magistrate's [R & R] Dated 11/27/12 [Doc. 14]" (Doc. 29), **IT IS ORDERED** that:

(1) that portion of the Report and Recommendation (Doc. 14) that defendants John Ioane and the State of Hawaii should be dismissed, without prejudice, is not adopted and plaintiffs shall be allowed to proceed with their claims as against these defendants and others; but

(2) in all other respects, the court hereby **ACCEPTS, ADOPTS and INCORPORATES BY REFERENCE**, as if fully set forth herein, the remainder of the Magistrate Judge's Report and Recommendation (Doc. 14).

DATED this 4th day of January, 2013.

```
_____
Robert C. Broomfield
Senior United States District Judge
```

Copies to counsel of record