WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| BRANDEN ADKINS, et al, | NO.2:12CV-01615 PHX (RCB) (JFM) |
|---|---|
| Plaintiffs, | **ORDER DISMISSING COUNTS V, VI AND IX WITH PREJUDICE** |
| v. | |
| CORRECTIONS CORPORATION OF AMERICA, et al, | |
| Defendants. | |

The Court having reviewed the parties' Stipulated Motion to Dismiss Counts V, VI and IX With Prejudice (Dkt. 39), and good cause appearing,

IT IS ORDERED granting the Stipulated Motion to Dismiss. Counts V, VI and IX of Plaintiffs' First Amended Complaint are dismissed with prejudice, each party bearing their own costs and attorneys' fees.

DATED this 15th day of February, 2013.

_____
Robert C. Broomfield
Senior United States District Judge

2730756.1