1  WO

2

3

4

5

6
# IN THE UNITED STATES DISTRICT COURT
7

8
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 9  BRANDEN ADKINS, et al, | NO.2:12CV-01615 PHX (RCB) (JFM) |
| 10                        Plaintiffs, | **ORDER DISMISSING COUNTS V, VI AND IX WITH PREJUDICE** |
| 11       v. | |
| 12  CORRECTIONS CORPORATION OF AMERICA, et al, | |
| 13                        Defendants. | |
| 14 | |

15    The Court having reviewed the parties' Stipulated Motion to Dismiss Counts V, VI

16  and IX With Prejudice (Dkt. 39), and good cause appearing,

17    IT IS ORDERED granting the Stipulated Motion to Dismiss.  Counts V, VI and IX

18  of Plaintiffs' First Amended Complaint are dismissed with prejudice, each party bearing

19  their own costs and attorneys' fees.

20    DATED this 15th day of February, 2013.

21

22

23  _____

24  Robert C. Broomfield
    Senior United States District Judge

25

26

27

28

2730756.1