**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Branden Adkins, et al.<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Corrections Corporation of America, et al.,<br><br>　　　　　Defendants. | NO. 2:12CV-01615 PHX(RCB)(JFM)<br><br>**ORDER RE: STIPULATED MOTION TO DISMISS DEFENDANT DAVID DWIGHT** |

The Court having reviewed the parties' Stipulated Motion to Dismiss Defendant David Dwight (Doc. 41), and good cause appearing,

IT IS ORDERED granting the Stipulated Motion to Dismiss David Dwight, without prejudice, each party bearing their own costs and attorneys' fees.

**DATED this 22nd day of February, 2013.**

_____
Robert C. Broomfield
Senior United States District Judge

LORONA MEAD, PLC
2111 E. HIGHLAND AVENUE, SUITE 431
PHOENIX, ARIZONA 85016
(602) 385-6825

1