**WO**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Branden Adkins, et al. | NO. 2:12CV-01615 PHX(RCB)(JFM) |
| Plaintiffs, | |
| vs. | |
| Corrections Corporation of America, et al., | **ORDER RE: STIPULATED MOTION TO DISMISS DEFENDANT DAVID DWIGHT** |
| Defendants. | |

The Court having reviewed the parties' Stipulated Motion to Dismiss Defendant David Dwight (Doc. 41), and good cause appearing,

IT IS ORDERED granting the Stipulated Motion to Dismiss David Dwight, without prejudice, each party bearing their own costs and attorneys' fees.

**DATED this 22nd day of February, 2013.**

Robert C. Broomfield
Senior United States District Judge

**LORONA MEAD, PLC**
2111 E. HIGHLAND AVENUE, SUITE 431
PHOENIX, ARIZONA 85016
(602) 385-6825

1